IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WEINFUSE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.3:20-cv-1050 |
| | § | |
| INFUSEFLOW, LLC, GUSTAVO "GUS" DE AVILLEZ, AND REIN HEALTH HOLDINGS, LLC | § § § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff WeInfuse, LLC ("Plaintiff") and Defendants InfuseFlow, LLC, Gustavo "Gus" De Avillez, and Rein Health Holdings, LLC (collectively, "Defendants"), file this Joint Stipulation of Dismissal with Prejudice and hereby voluntarily dismiss with prejudice the above-captioned action, including all claims actually asserted in the action, claims that could have been asserted in the action, and any claim or request for sanctions or the recovery of attorneys' fees or costs.

All attorneys' fees and costs shall be borne by the party incurring same.

Respectfully submitted,

*/s/ Joshua L. Hedrick*
**Joshua L. Hedrick**
Texas State Bar No. 24061123
**Peyton J. Healey**
Texas State Bar No. 24035918
**Megan E. Servage**
Texas State Bar No. 24110347

**HEDRICK KRING, PLLC**
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Phone:  (214) 880-9600
Fax:     (214) 481-1844
Josh@HedrickKring.com
Peyton@HedrickKring.com
Megan@HedrickKring.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ David A. Shields*    (with permission)
David A. Shields
State Bar No. 24083838

**SHIELDS LEGAL GROUP**
16301 Quorum Drive, Suite
250B Addison, Texas 75001
(972) 788-2040 – Main
(972) 788-4332 – Facsimile
dshields@shieldslegal.com

**ATTORNEY FOR DEFENDANTS INFUSEFLOW AND GUSTAVO DE AVILLEZ**

*/s/ Lance H. Beshara*    (with permission)
Lance "Luke" H. Beshara
Texas State Bar No. 24045492
**PATEL GAINES, PLLC**
221 West Exchange Ave., Suite 206A
Fort Worth, Texas 76164
(817) 394-4844 | Telephone
(817) 394-4344 | Facsimile
lbeshara@patelgaines.com

**ATTORNEY FOR DEFENDANT
REIN HEALTH HOLDINGS, LLC
D/B/A REINHEALTH**

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on June 2, 2021.

*/s/ Joshua L. Hedrick*
Joshua L. Hedrick
